**Opinion issued April 14, 2016**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-16-00008-CV

———————————

**ARTIS CHARLES HARRELL, Appellant**

**V.**

**JEROME GODINICH, JR., Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-63129**

---

## MEMORANDUM OPINION

Appellant, Artis Charles Harrell, has filed a motion to voluntarily dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although the motion does not include a

certificate of conference, more than ten days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.